IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CONNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PENN AUTO TEAM and PENN WAREHOUSING & DISTRIBUTION, INC.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 19-3833 |

### ORDER

AND NOW, this 11th day of June, 2021, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto, and Defendants' Reply in Support thereof, it is hereby ORDERED that Defendants' Motion is GRANTED and Judgment is entered in favor of Defendants and against Plaintiff as a matter of law for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.